# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2016

*The Court of Appeals hereby passes the following order:*

**A17D0161.  ROBERT BAEZ v. THE STATE.**

In 1994, a jury found Robert Baez guilty of trafficking in cocaine.  We affirmed his conviction on appeal.  See *Baez v. State*, 217 Ga. App. 511 (458 SE2d 658) (1995).  In September 2016, he filed a motion requesting the transcript of the grand jury proceedings, which the trial court denied.  He has filed an application for discretionary review of that denial.

Although Baez included a copy of the trial court's order, which shows that it was signed by the judge on October 11, 2016, the order was not a stamped "filed" copy as required by Court of Appeals Rule 31 (e).  Without such a copy of the order, we cannot ascertain if the application was filed within 30 days of the day it was entered by the trial court clerk, which is a jurisdictional prerequisite.  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Accordingly, on November 3, 2016, we ordered Baez to supplement his application within ten days with a stamped "filed" copy of the order to be appealed.  We provided that failure to comply with this directive would result in dismissal of the application.  Baez has not submitted a stamped "filed" copy of the order, and more than ten days have passed since our order of November 3.

Baez has filed a motion for an extension of time to file a stamped "filed" copy of the order, or, in the alternative, for this Court to order the trial court clerk to forward to this Court a stamped "filed" copy of the order.  Baez's argument in his motion that he has made efforts to obtain a stamped "filed" copy of the order, but has been unable to obtain such a copy from the trial court clerk, does not excuse the requirement imposed upon him by Court of Appeals Rule 31 (e).  Without a stamped

"filed" copy, we are unable to entertain jurisdiction over this case. Accordingly, Baez's motion is hereby DENIED, and his application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*<u>    11/29/2016    </u>
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*